**UNITED STATES COURT OF INTERNATIONAL TRADE**                    FORM 3

| | |
|---|---|
| CP KELCO U.S., INC.<br><br>**Plaintiffs,**<br><br>v.<br><br>UNITED STATES,<br><br>**Defendant.** | **S U M M O N S**<br><br>Court No.<br>24-00059 |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/Mario Toscano
Clerk of the Court

1. Plaintiff in this action is CP Kelco U.S., Inc. ("CP Kelco"). CP Kelco is a domestic producer of subject merchandise. Plaintiff is an interested party as described in 19 U.S.C. § 1677(9)(C) and participated as a party in the proceeding before the U.S. Department of Commerce upon which the contested determination was based and thus has standing under 19 U.S.C. § 1516a(d) and 28 U.S.C § 2631(c).

   (Name and standing of plaintiff)

2. Plaintiff contests certain findings of fact and conclusions of law made by the U.S. Department of Commerce and contained in *Xanthan Gum from China: Final Results of Antidumping Duty Administrative Review, Partial Rescission of the Antidumping Duty Administrative Review, and Final Determination of No Shipments; 2021*-2022, 89 Fed. Reg. 8,165 (Dep't of Commerce Feb. 6, 2024).

   (Brief description of contested determination)

3. The final determination was issued (published) on February 6, 2024.

   (Date of determination)

4.  <u>February 6, 2024 (89 Fed. Reg. 8,165).</u>
   (If applicable, date of publication in Federal Register of notice of contested determination)

Respectfully submitted,

/s/ **Friederike S. Görgens**
Friederike S. Görgens
Matthew L. Kanna

GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3120
Email:  Friederike.Goergens@gtlaw.com

*Counsel to CP Kelco U.S., Inc.*

Date:  March 7, 2024

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, NY 10278


General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Avenue, NW
Washington, DC 20230