UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7

| CP Kelco U.S., Inc. |
| Plaintiff, |
| v. |
| United States |
| Defendant. |

Court No. 1:24-cv-00059
and Attached Schedule

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 5/13/2024 _____

Friederike S. Görgens
―――――――――――――――――――――
Attorney for Plaintiff
2101 L Street NW, Suite 1000
―――――――――――――――――――――
Street Address
Washington, DC 20008
―――――――――――――――――――――
City, State and Zip Code
(202) 331-3120
―――――――――――――――――――――
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 1:24-cv-00059 | CP Kelco U.S., Inc. | | |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
    Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)