UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 7

| | |
|---|---|
| CP Kelco U.S., Inc.<br><br>                    Plaintiff,<br><br>    v.<br>United States<br><br>                    Defendant. | Court No. 1:24-cv-00059<br>and Attached Schedule |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 5/13/2024 _____

Friederike S. Görgens
_____
Attorney for Plaintiff
2101 L Street NW, Suite 1000
_____
Street Address
Washington, DC 20008
_____
City, State and Zip Code
(202) 331-3120
_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 1:24-cv-00059 | CP Kelco U.S., Inc. | | |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: __May 13, 2024_____

                                       Clerk, U. S. Court of International Trade


                                    By: ____/s/ Steve Taronji_____
                                                     Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)